UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:18-cr-84(3)

Abulkadir A. Yusuf,

Judge Michael H. Watson

Defendant.

## ORDER

Abulkadir A. Yusuf ("Defendant") pleaded guilty before Magistrate Judge King to conspiracy to distribute and to possess with intent to distribute a substance containing a detectable amount of codeine-promethazine in violation of 21 U.S.C. § 846 (Count 1); obtaining a controlled substance by fraud in violation of 21 U.S.C. § 843(a)(3) and 18 U.S.C. § 2 (Count 8); and use of another's DEA registration number in violation of 21 U.S.C. § 843(a)(2) (Count 7). Magistrate Judge King thereafter issued a Report and Recommendation ("R&R") recommending the Court accept Defendant's guilty plea (decision on acceptance of the plea agreement was deferred for consideration by the Undersigned upon completion of a presentence investigation report). R&R, ECF No. 197. The R&R details why Magistrate Judge King believed Defendant's guilty plea was knowingly and voluntarily made. See generally, id. Further, the R&R notified the parties of their right to object to the same within fourteen days and of the consequences of the failure to object. Id. at 3. More than fourteen days have passed, and no objections were filed. For that reason, as well as the reasons stated in the R&R, the Court **ADOPTS** the same and **ACCEPTS** Defendant's guilty plea.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT